*Derek Mack v. Trooper Mark Bessner, et al.*
USDC-ED No: 2:19-cv-13234
Honorable Laurie Michelson
Magistrate Judge Elizabeth Stafford

### INDEX OF EXHIBITS

Exhibit A…………………………….. Plaintiff's Deposition
Exhibit B……………………………Trooper Henry Video*
Exhibit C ………………………….....Rucinski's Deposition
Exhibit D ……………………………….Martin's Deposition
Exhibit E……………………………...Bessner's Deposition

\* Filed by U.S. Mail in the traditional manner